■ In the Matter of PROVIDENCE WASHINGTON INSURANCE COMPANIES, Appellant, v CHRISTOPHER VILLANUEVA, Respondent. [721 NYS2d 264] —In a proceeding pursuant to CPLR article 75 to temporarily stay arbitration of a claim for underinsured motorist benefits, the petitioner appeals from an order of the Supreme Court, Kings County (Knipel, J.), dated July 7, 2000, which denied its motion to renew a prior petition to temporarily stay arbitration pending further discovery.

Ordered that the order is reversed, with costs, the petitioner's

motion for renewal is granted, and upon renewal, the petition is granted.

Under the circumstances presented, the petitioner is entitled to a temporary stay of arbitration of the respondent's claim for underinsured motorist's benefits pending further discovery (*see, Matter of Metropolitan Prop. & Cas. Ins. Co. v Keeney,* 241 AD2d 455). Ritter, J. P., Krausman, Florio and Feuerstein, JJ., concur.